PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER: SBN: 180998
NAME: Sharona Eslamboly Hakim, Esq.
FIRM NAME: Law Offices of Sharona Eslamboly Hakim
STREET ADDRESS: 8730 Wilshire Blvd., Suite 500
CITY: Beverly Hills STATE: CA ZIP CODE: 90211
TELEPHONE NO.: (310) 289-9100 FAX NO.: (310) 289-9101
EMAIL ADDRESS: geoffrey@sehlawfirm.com
ATTORNEY FOR (name): DELIA GUZMAN-AGUAYO, Plaintiff

FOR COURT USE ONLY

**Electronically FILED by Superior Court of California, County of Los Angeles 12/10/2024 3:33 PM David W. Slayton, Executive Officer/Clerk of Court, By J. Calderon, Deputy Clerk**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: ~~300 East Walnut St.~~
MAILING ADDRESS: ~~300 East Walnut St.~~
CITY AND ZIP CODE: ~~Pasadena 91101~~
BRANCH NAME: ~~Pasadena Courthouse~~

ALHAMBRA COURTHOUSE
150 WEST COMMONWEALTH AVENUE
ALHAMBRA, CA 91801

PLAINTIFF: DELIA GUZMAN-AGUAYO
DEFENDANT: WAL-MART REAL ESTATE BUSINESS TRUST, WALMART INC., AND
☑ DOES 1 TO 25, INCLUSIVE

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ **AMENDED *(Number):***
**Type *(check all that apply):***
☐ **MOTOR VEHICLE** ☑ **OTHER *(specify):*** General Negligence and Premises Liability
☑ **Property Damage** ☐ **Wrongful Death**
☑ **Personal Injury** ☑ **Other Damages *(specify):*** According to Proof

CASE NUMBER: 24NNCV06428

**Jurisdiction** *(check all that apply):*
☐ **ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)**
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000
☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)**
☐ **ACTION IS RECLASSIFIED by this amended complaint**
☐ **from limited to unlimited**
☐ **from unlimited to limited**

1. **Plaintiff** *(name or names):* DELIA GUZMAN-AGUAYO
alleges causes of action against **defendant** *(name or names):*
WAL-MART REAL ESTATE BUSINESS TRUST, WALMART INC., AND DOES 1 TO 25, INCLUSIVE
2. This pleading, including attachments and exhibits, consists of the following number of pages: Five (5)
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

**PLD-PI-001**

| SHORT TITLE: Guzman-Aguayo v. Wal-Mart Real Estate Business Trust, et al | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☑ **except** defendant *(name):* WAL-MART REAL ESTATE BUSINESS TRUST
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☑ other *(specify):* TRUST
   b. ☑ **except** defendant *(name):* WALMART INC.
      (1) ☐ a business organization, form unknown.
      (2) ☑ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*
   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*
   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers):* 1 - 15, INCLUSIVE were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* 16 - 25, INCLUSIVE are persons whose capacities are unknown to plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

| SHORT TITLE: Guzman-Aguayo v. Wal-Mart Real Estate Business Trust, et al | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    - a. ☐ Motor Vehicle
    - b. ☑ General Negligence
    - c. ☐ Intentional Tort
    - d. ☐ Products Liability
    - e. ☑ Premises Liability
    - f. ☐ Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*
    - a. ☑ wage loss.
    - b. ☑ loss of use of property.
    - c. ☑ hospital and medical expenses.
    - d. ☑ general damage.
    - e. ☑ property damage.
    - f. ☑ loss of earning capacity.
    - g. ☑ other damage *(specify):* According to Proof

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    - a. ☐ listed in Attachment 12.
    - b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    - a. (1) ☑ compensatory damages.
      (2) ☐ punitive damages.
    - b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☑ according to proof.
      (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):* GN-1, Prem.L-1, Prem.L-2, Prem.L-3, Prem.L-5

Date: December 10, 2024

Sharona Eslamboly Hakim, Esq.
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE: Guzman-Aguayo v. Wal-Mart Real Estate Business Trust, et al | CASE NUMBER: |
|---|---|

First (number) **CAUSE OF ACTION—General Negligence** Page 4

ATTACHMENT TO [x] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: DELIA GUZMAN-AGUAYO

alleges that defendant *(name)*: WAL-MART REAL ESTATE BUSINESS TRUST, WALMART INC., AND

[x] Does 1 to 25, INCLUSIVE

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: or about December 17, 2022

at *(place)*: 1827 Walnut Grove Ave., in the City of Rosemead, County of Los Angeles, State of California

*(description of reasons for liability)*:

On or about December 17, 2022, Plaintiff DELIA GUZMAN-AGUAYO was seriously injured when she was walking toward the parking lot located at 1827 Walnut Grove Ave, in the City of Rosemead, County of Los Angeles, State of California. On or about December 17, 2022, Defendants, and each of them, negligently and carelessly owned, occupied, maintained, inspected, supervised, operated, controlled, managed, cleaned, used, repaired, directed and superintended the above-described premises so as to cause Plaintiff DELIA GUZMAN-AGUAYO to trip/slip and fall, thereby causing her to sustain injury and damages. Specifically, plaintiff was caused to fall due to the dangerous condition of the excessively slippery/dangerous ramp, and the lack of railing at the ramp-level in the subject area. Due to these acts and failures to act, Defendants, and each of them, are liable for the injuries and damages to Plaintiff DELIA GUZMAN-AGUAYO.

PLD-PI-001(4)

| SHORT TITLE: Guzman-Aguayo v. Wal-Mart Real Estate Business Trust, et al | CASE NUMBER: |
|---|---|

SECOND (number) **CAUSE OF ACTION—Premises Liability** Page 5

ATTACHMENT TO [x] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* DELIA GUZMAN-AGUAYO

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* or about December 17, 2022 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

Plaintiff DELIA GUZMAN-AGUAYO was walking toward the parking lot by way of a ramp located on hte premises at 1827 Walnut Grove Ave, in the City of Rosemead, County of Los Angeles, State of California, when she was caused to come into contact with a dangerous and hazardous condition which caused her to slip/trip and fall, in turn causing her to sustain injuries and damages. Due to these defendant's acts, and failures to act, Plaintiff DELIA GUZMAN-AGUAYO was proximately caused to sustain injuries and damages.

Prem.L-2. [x] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
WAL-MART REAL ESTATE BUSINESS TRUST, WALMART INC., AND

[x] Does 1 to 25, INCLUSIVE

Prem.L-3. [x] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*
WAL-MART REAL ESTATE BUSINESS TRUST, WALMART INC., AND

[x] Does 1 to 25, INCLUSVE

Plaintiff, a recreational user, was [x] an invited guest [x] a paying guest.

Prem.L-4. [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[ ] Does ______ to ______

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [x] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
WAL-MART REAL ESTATE BUSINESS TRUST, WALMART INC., AND

[x] Does 1 to 25, INCLUSIVE

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names):*