UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   2:25–cv–09083–MWF–SSC          Date      May 7, 2026

Title     DELIA GUZMAN AGUAYO V. WAL MART REAL ESTATE BUSINESS TRUST ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

         Rita Sanchez                           Not Reported;
        Courtroom Deputy                        Court Reporter

   Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):
          None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

   In light of the Notice of Settlement filed 5/06/2026, the Court sets a hearing on Order To Show Cause Re Dismissal for July 1, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

   **IT IS SO ORDERED.**

                                        Initials of Clerk:  rs